Frank D. McKendall  ⎫
vs.  ⎬ No. 66330.
Joseph Weisman, et als. ⎭

June 10, 1932.

FROST, J.  Heard on plaintiff's motion for new trial after verdict for defendant.

This is an action brought to recover on four promissory notes against the four makers and the two endorsers thereof. It was tried with another action on promissory notes between the same parties, numbered 63577.

Plaintiff's motion for a new trial is granted for the reasons expressed in rescript filed in No. 63577.

For plaintiff: Harlow & Boudreau.
For defendants: Sallet & Ress.